1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

VERITAS OPERATING CORPORATION,  a
Delaware corporation,

CASE NO. C06-0703C

11

Plaintiff,

ORDER

12

v.

13

MICROSOFT CORPORATION, a Washington
corporation,

14

15

Defendant.

16

MICROSOFT CORPORATION, a Washington
corporation,

17

18

Counterclaim Plaintiff,

19

v.

20

VERITAS OPERATING CORPORATION,  a
Delaware corporation, and VERITAS
SOFTWARE CORPORATION, a Delaware
corporation,

21

22

Counterclaim Defendants.

23

24

This matter comes before the Court on Defendant's Motion to Dismiss Common Law Claims

25

(Dkt. No. 24), Plaintiff's Opposition thereto (Dkt. No. 43), and Defendant's Reply (Dkt. No. 49).  The

26

ORDER – 1