1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

VERITAS OPERATING CORPORATION, a Delaware corporation,

Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

Defendant.
_____

MICROSOFT CORPORATION, a Washington corporation,

Counterclaim Plaintiff,

v.

VERITAS OPERATING CORPORATION, a Delaware corporation, and VERITAS SOFTWARE CORPORATION, a Delaware corporation,

Counterclaim Defendants.

CASE NO. C06-0703C

ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Common Law Claims (Dkt. No. 24), Plaintiff's Opposition thereto (Dkt. No. 43), and Defendant's Reply (Dkt. No. 49). The

ORDER – 1