UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERITAS OPERATING CORPORATION, a Delaware corporation, | CASE NO. C06-0703-JCC |
| Plaintiff, | ORDER |
| v. | |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Defendant. | |
| MICROSOFT CORPORATION, a Washington corporation, | |
| Counterclaim Plaintiff, | |
| v. | |
| VERITAS OPERATING CORPORATION, a Delaware corporation, and VERITAS SOFTWARE CORPORATION, a Delaware corporation, | |
| Counterclaim Defendants. | |

This matter comes before the Court for review of the Special Master's Report and Recommendation on Microsoft Corporation's Motion for Summary Judgment on Veritas' Claim of Infringement of U.S. Patent No. 5,469,573 (Dkt. No. 396). The Court has reviewed de novo the Special Master's Report and Recommendation ("'573 Infringement R&R"), the parties' respective objections and

ORDER – 1

1 responses thereto (Dkt. Nos. 403, 409), the briefing and exhibits presented to the Special Master in the
2 first instance, and all other relevant documents in the case file.  The Court has determined that oral
3 argument is not necessary.
4       The Court hereby APPROVES and ADOPTS the Special Master's '573 Infringement R&R in its
5 entirety. Accordingly, the Court hereby GRANTS Microsoft's Motion for Summary Judgment on
6 Veritas' Claim of Infringement of U.S. Patent No. 5,469,573 (Dkt. No. 204).

8       SO ORDERED this 20th day of February, 2008.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

26 ORDER – 2