UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERITAS OPERATING CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Defendant.<br>_____<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>VERITAS OPERATING CORPORATION, a Delaware corporation, and VERITAS SOFTWARE CORPORATION, a Delaware corporation,<br><br>　　　　　　Counterclaim Defendants. | CASE NO. C06-0703-JCC<br><br>ORDER |

　　　This matter comes before the Court for review of the Special Master's Report and Recommendation on Microsoft Corporation's Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,469,573 Under 35 U.S.C. §§ 102 and 103 (Dkt. No. 395). The Court has reviewed de novo the Special Master's Report and Recommendation ("'573 Invalidity R&R"), the parties' respective objections

ORDER – 1

1   and responses thereto (Dkt. Nos. 402, 412), the briefing and exhibits presented to the Special Master in
2   the first instance, and all other relevant documents in the case file.  The Court has determined that oral
3   argument is not necessary.

4       The Court hereby APPROVES and ADOPTS the Special Master's '573 Invalidity R&R in its
5   entirety. Accordingly, the Court hereby GRANTS Microsoft's Motion for Summary Judgment of
6   Invalidity of U.S. Patent No. 5,496,573 Under 35 U.S.C. §§ 102 and 103 (Dkt. No. 205).

8       SO ORDERED this 20th day of February, 2008.

                                                            _____
                                                            John C. Coughenour
                                                            UNITED STATES DISTRICT JUDGE

26  ORDER – 2