UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERITAS OPERATING CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>    Defendant.<br>_____<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>VERITAS OPERATING CORPORATION, a Delaware corporation, and VERITAS SOFTWARE CORPORATION, a Delaware corporation,<br><br>    Counterclaim Defendants. | CASE NO. C06-0703-JCC<br><br>ORDER |

This matter comes before the Court for review of the Special Master's Report and Recommendation on Veritas Operating Corporation's Motion for Summary Judgment that Microsoft is Not Entitled to Recover Damages on its Claim for Infringement of U.S. Patent No. 5,888,147 (Dkt. No. 393). The Court has reviewed de novo the Special Master's Report and Recommendation ("'147

ORDER – 1

Damages R&R"), the parties' respective objections and responses thereto (Dkt. Nos. 406, 411), the briefing and exhibits presented to the Special Master in the first instance, and all other relevant documents in the case file. The Court has determined that oral argument is not necessary.

The Court hereby APPROVES and ADOPTS the Special Master's '147 Damages R&R in its entirety. Accordingly, the Court hereby GRANTS Veritas' Motion for Summary Judgment That Microsoft is Not Entitled to Recover Damages on Its Claim for Infringement of U.S. Patent No. 5,588,147 (Dkt. No. 215).

SO ORDERED this 11th day of March, 2008.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER – 2